NUMBERS 13-10-00209-CV
AND 13-10-210-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

IN THE INTEREST OF
V.L., K.L., AND J.L., CHILDREN

____________________________________________________________

 

                          On
Appeal from the 319th District Court 

                                       of
Nueces County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                                Before
Justices Yanez, Garza and Vela

Memorandum Opinion
Per Curiam

 








Appellant,
Jacob D. Lopez, perfected appeals from judgments rendered against him in favor
of appellee, Yvonne Garza Lopez.  On April 12, 2010, in separate letters, the
Clerk of this Court notified appellant that the clerk's record in the above
causes were originally due on March 19, 2010, and that the deputy district
clerk, Arnold Garcia, had notified this Court that appellant failed to make
arrangements for payment of the clerk's record.  The Clerk of this Court notified
appellant of this defect so that steps could be taken to correct the defect, if
it could be done.  See Tex. R.
App. P. 37.3, 42.3(b),(c).  Appellant was advised that, if the defect
was not corrected within ten days from the date of receipt of this notice, the
appeals would be dismissed for want of prosecution.  

Appellant
has failed to respond to this Court=s notices.  Accordingly, the appeals are
DISMISSED FOR WANT OF PROSECUTION.  See Tex. R. App. P. 42.3(b), (c).           

 

PER
CURIAM

Delivered and filed the 

20th day of May, 2010.